1  EAN VIZZI, SBN 209444
   PIER 5 LAW OFFICES
2  506 Broadway
   San Francisco, California 94133
3  Telephone: (415) 986-5591
   Facsimile:  (415) 421-1331
4  Email: evizzi@gmail.com

5  DAVID W. DRATMAN
   Attorney at Law
6  State Bar No. 78764
   1007 7th Street, Suite 305
7  Sacramento, California  95814
   Telephone: (916) 443-2000
8  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
9
   Attorneys for Defendant
10 DAREN WALLACE GLOSSER

11

12                  **IN THE UNITED STATES DISTRICT COURT**

13                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15  UNITED STATES OF AMERICA,              CR-S-05-309 GEB

16                  Plaintiff,              **ASSOCIATION OF ATTORNEYS**
                                            **AND ORDER**
17          vs.

18  DAREN WALLACE GLOSSER, et al.,

19                  Defendants.

20

21      Defendant, DAREN WALLACE GLOSSER, hereby agrees to the association of DAVID

22  W. DRATMAN, with his attorney of record, EAN VIZZI.

23  Dated: August 11, 2005              /s/ Daren Wallace Glosser
                                        DAREN WALLACE GLOSSER
24

25      I consent to the association.

26  Dated: August 11, 2005              /s/ Ean Vizzi
                                        EAN VIZZI
27

28

ASSOCIATION OF ATTORNEYS AND ORDER

1 | I accept the association.

2 | Dated: August 11, 2005              /s/ David W. Dratman
                                        DAVID W. DRATMAN

3

4 | **ORDER RE: ASSOCIATION OF ATTORNEYS**

5 | IT IS SO ORDERED.

6 | Dated: August 19, 2005

7

8 |                                     /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge