FILED
November 23, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR S-05-0309 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DAREN GLOSSER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAREN GLOSSER , Case No.  CR S-05-0309 GEB , Charge  21 USC §§ 816, 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

 X     Bail Posted in the Sum of $ 750,000

___    Unsecured Appearance Bond $ _____

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

 X     Corporate Surety Bail Bond  of $500,000

 X     (Other)  $250,000 Cash v Property as Vacarro Bond w/ Pretrial Services Supervision

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 23, 2005  at  11:10 a.m.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal