DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989

EAN VIZZI, Esq. (SB No.209444)
PIER 5 LAW OFFICES
506 Broadway
San Francisco, CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

Attorneys for Defendant
DAREN GLOSSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-05-309 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| DAREN GLOSSER, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; Daren Glosser, through his attorneys, David W. Dratman and Ean Vizzi; and Shannon Selle, through her attorney, Randolph E. Daar, that the status conference scheduled for December 16, 2005, shall be continued to February 24, 2006 at 9:00 a.m.

This case involves the service of at least nine separate search warrants in two federal judicial districts. The parties stipulate and agree that this matter continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 2,150 pages, at least 8 CDs

of photographs, 3 videotapes, hundreds of seized exhibits), complexity of factual and legal issues, and the need for defense counsel to have additional time to conduct the defense investigation and prepare. It is also anticipated that additional discovery will be delivered by the Government in the next few weeks, which will require additional time to review.

The parties stipulate and agree that time from December 16, 2005, to and including February 24, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated:  December 15, 2005         /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  EAN VIZZI
                                  Attorney for Defendant
                                  DAREN GLOSSER

Dated:  December 15, 2005         /s/ Randolph E. Daar*
                                  RANDOLPH E. DAAR
                                  Attorney for Defendant
                                  SHANNON SELLE
                                  *Signed with permission

Dated: December 15, 2005          McGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY

                                  By: /s/ Samuel Wong*
                                       SAMUEL WONG
                                       Assistant U.S. Attorney
                                       *Signed with permission

### ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

The Court adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance in this case would

1  deny defense counsel reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting
3  of such continuance outweigh the interests of the public and the defendants in a speedy trial.
4      It is hereby ordered that the previously scheduled December 16, 2005, status conference shall
5  be continued to February 24, 2006 at 9:00 a.m., and that the time from December 16, 2005 to and
6  including February 24, 2006, shall be excluded from computation of time within which the trial of
7  this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual
8  and complex) and T4 (time for defense counsel to prepare).
9      It is so ordered.
10 Dated:  December 16, 2005

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```