1   DAVID W. DRATMAN
    Attorney at Law
2   California State Bar No. 78764
    1007 7th Street, Suite 305
3   Sacramento, CA 95814
    Telephone:  (916) 443-2000
4   Facsimile:  (916) 443-0989

5   EAN VIZZI, Esq. (SB No.209444)
    PIER 5 LAW OFFICES
6   506 Broadway
    San Francisco, CA 94133
7   Tel: 415/986-5591
    Fax: 415/421-1331
8
    Attorneys for Defendant
9   DAREN GLOSSER

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  UNITED STATES OF AMERICA,            **CR. S-05-309 GEB**

15                  Plaintiff,           **STIPULATION AND**
                                         **[PROPOSED] ORDER**
16          vs.                          **CONTINUING STATUS**
                                         **CONFERENCE AND**
17  DAREN GLOSSER, et al.,                 **EXCLUDING TIME UNDER**
                                         **THE SPEEDY TRIAL ACT**
18                  Defendants.

19

20

21          IT IS HEREBY STIPULATED between the United States of America, through its attorney

22  of record, Samuel Wong, Assistant U.S. Attorney; Daren Glosser, through his attorneys, David

23  W. Dratman and Ean Vizzi; and Shannon Selle, through her attorney, Randolph E. Daar, that the

24  status conference scheduled for February 24, 2006, shall be continued to March 17, 2006 at 9:00

25  a.m.

26          This case involves the service of at least nine separate search warrants in two federal

27  judicial districts. The parties stipulate and agree that this matter continues to be complex within the

28  meaning of the Speedy Trial Act due to the volume of discovery (over 3,200 pages, at least 8 CDs

of photographs, 3 videotapes, hundreds of seized exhibits), complexity of factual and legal issues, and the need for defense counsel to have additional time to conduct the defense investigation and prepare.

The parties stipulate and agree that time, from February 24, 2006 through and including March 17, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).


Dated:  February 23, 2006                          /s/ David W. Dratman
                                                   DAVID W. DRATMAN
                                                   EAN VIZZI
                                                   Attorney for Defendant
                                                   DAREN GLOSSER


Dated:  February 23, 2006                          /s/ Randolph E. Daar*
                                                   RANDOLPH E. DAAR
                                                   Attorney for Defendant
                                                   SHANNON SELLE
                                                   *Signed with permission


Dated: February 23, 2006                           McGREGOR W. SCOTT
                                                   UNITED STATES ATTORNEY


                                                   By: /s/ Samuel Wong*
                                                   SAMUEL WONG
                                                   Assistant U.S. Attorney
                                                   *Signed with permission

## ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

The Court adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2.  The Court further finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the

1   exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting

2   of such continuance outweigh the interests of the public and the defendants in a speedy trial.

3           It is hereby ordered that the previously scheduled February 24, 2006 status conference shall

4   be continued to March 17, 2006 at 9:00 a.m., and that the time from February 24, 2006 to and

5   including March 17, 2006, shall be excluded from computation of time within which the trial of this

6   case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and

7   complex) and T4 (time for defense counsel to prepare).

8           It is so ordered.

9

10   Dated:  February 27, 2006

11
                                        /s/ Garland E. Burrell, Jr.
12                                      GARLAND E. BURRELL, JR.
                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Daren Glosser, et al.*
**[CR. S-05-309 GEB]**                    - 3 -