1   DAVID W. DRATMAN
    Attorney at Law
2   California State Bar No. 78764
    1007 7th Street, Suite 305
3   Sacramento, CA 95814
    Telephone: (916) 443-2000
4   Facsimile:  (916) 443-0989

5   EAN VIZZI, Esq. (SB No.209444)
    PIER 5 LAW OFFICES
6   506 Broadway
    San Francisco, CA 94133
7   Tel: 415/986-5591
    Fax: 415/421-1331

8
    Attorneys for Defendant
9   DAREN GLOSSER

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14   UNITED STATES OF AMERICA,          **CR. S-05-309 GEB**

15                      Plaintiff,       **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING STATUS**
16           vs.                         **CONFERENCE AND EXCLUDING
                                          TIME UNDER THE SPEEDY TRIAL**
17   DAREN GLOSSER, et al.,              **ACT**

18                      Defendants.

19

20

21          IT IS HEREBY STIPULATED between the United States of America, through its attorney

22   of record, Samuel Wong, Assistant U.S. Attorney; Daren Glosser, through his attorneys, David

23   W. Dratman and Ean Vizzi; and Shannon Selle, through her attorney, Randolph E. Daar, that the

24   status conference scheduled for March 17, 2006, shall be continued to March 31, 2006 at 9:00 a.m.

25          This case involves the service of at least nine separate search warrants in two federal

26   judicial districts. The parties stipulate and agree that this matter continues to be complex within the

27   meaning of the Speedy Trial Act due to the volume of discovery (over 3,200 pages, at least 8 CDs

28   of photographs, 3 videotapes, hundreds of seized exhibits), complexity of factual and legal issues,

1   and the need for defense counsel to have additional time to conduct the defense investigation and

2   prepare.

3          The parties stipulate and agree that time, from March 17, 2006 through and including March

4   31, 2006, shall be excluded from computation of time within which the trial of this case must be

5   commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex)

6   and T4 (time for defense counsel to prepare).

7

8   Dated:  March 16, 2006                    /s/ David W. Dratman
                                              DAVID W. DRATMAN
9                                             EAN VIZZI
                                              Attorney for Defendant
10                                            DAREN GLOSSER

11

12  Dated:  March 16, 2006                    /s/ Randolph E. Daar*
                                              RANDOLPH E. DAAR
13                                            Attorney for Defendant
                                              SHANNON SELLE
14                                            *Signed with permission

15

16  Dated: March 16, 2006                     McGREGOR W. SCOTT
                                              UNITED STATES ATTORNEY
17

18                                            By: /s/ Samuel Wong*
                                                  SAMUEL WONG
19                                                Assistant U.S. Attorney
                                                  *Signed with permission

20

21                                  **ORDER**

22         The Court having received, read, and considered the stipulation of the parties, and good cause

23  appearing therefrom,

24         The Court adopts the stipulation of the parties in its entirety as its order. Based on the

25  stipulation of the parties, the Court finds that this case is unusual and complex within the meaning

26  of Local Code T2.  The Court further finds that the failure to grant a continuance in this case would

27  deny defense counsel reasonable time necessary for effective preparation, taking into account the

28  exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting

1    of such continuance outweigh the interests of the public and that the time from  March 17, 2006 to

2    and including March 31, 2006, shall be excluded from computation of time within which the trial

3    of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case

4    unusual and complex) and T4 (time for defense counsel to prepare).

5            It is so ordered.

6    Dated:  March 21, 2006

7

8                                        /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
9                                        United States District Judge

---

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
*United States v. Daren Glosser, et al.*
**[CR. S-05-309 GEB]**                          - 3 -