DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7TH Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facismile: (916) 443-0989

EAN VIZZI, Esq. (SB No. 209444)
PIER 5 LAW OFFICES
506 Broadway
San Francisco, CA 94133
Tel: (415) 986-5591
Fax: (415 421-1331

Attorneys for Defendant
DAREN GLOSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-05-309 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| | ) | **RE SUBSTITUTION OF** |
| vs. | ) | **ATTORNEYS FOR DEFENDANT** |
| | ) | **DAREN WALLACE GLOSSER** |
| DARREN GLOSSER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   PLEASE TAKE NOTICE that defendant Daren Wallace Glosser hereby substitutes as his attorneys of record in the above captioned case, in place of David W. Dratman, Esq. and Ean Vizzi, Esq., the Law Offices of William L. Osterhoudt and the Law Offices of Ann C. Moorman. The full names and addresses of defendant Glosser's newly substituted counsel are as follows:

WILLIAM L. OSTERHOUDT (SBN 43021)
Law Offices of William Osterhoudt
135 Belvedere St.
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691

ANN C. MOORMAN (SBN 130144)
Law Offices of Ann C. Moorman
308 South School Street
Ukiah, CA 95482
Telephone: (707) 462-1844
Facsimile: (707) 468-0522

Dated: May 24, 2006

/s/ David W. Dratman (as authorized on May 24, 2006)
DAVID W. DRATMAN, ESQ.

/s/ Ean Vizzi (as authorized on May 24, 2006)
EAN VIZZI, ESQ.

/s/ William L. Osterhoudt (as authorized on May 24, 2006)
WILLIAM L. OSTERHOUDT, ESQ.

/s/ Ann C. Moorman (as authorized on May 24, 2006)
ANN C. MOORMAN, ESQ.

/s/ Daren W. Glosser (original signature retained by attorney William L. Osterhoudt)
DAREN W. GLOSSER

IT IS SO ORDERED.

Dated:  June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT DAREN WALLACE GLOSSER
*United States v. Daren Glosser, et al.*
[CR. S-05-309 GEB]

2

**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT DAREN WALLACE GLOSSER**
*United States v. Daren Glosser, et al.*
[CR. S-05-309 GEB]

3