WILLIAM L. OSTERHOUDT (SBN 43021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere St.
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691

ANN C. MOORMAN (SBN 130144)
Law Offices of Ann C. Moorman
308 South School Street
Ukiah, CA 95482
Telephone: (707) 462-1844
Facsimile: (707) 468-0522

Attorneys for Defendant
DAREN GLOSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAREN GLOSSER, et al.,<br><br>　　　　Defendants.<br>_____ | **No. CR S-05-309 GEB**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINES AND THE HEARING DATE FOR PRETRIAL MOTIONS** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; Daren Glosser, through his attorneys William L. Osterhoudt and Ann C. Moorman; and Shannon Selle, through her attorney, Randolph E. Daar, that the schedule for filing and litigating pretrial defense motions shall be amended as follows:

Defense motions, presently scheduled to be filed by May 26, 2006, shall instead be due on or before August 4, 2006; the government's responsive motions would then be due on or before October 13, 2006; and any replies thereto would be due on or before October 27, 2006. It is further stipulated between the parties that the hearing, presently scheduled for July 28, 2006 will be vacated and rescheduled to November 3, 2006.

The parties agreed to the above continuation of filing and hearing dates in this matter, based upon Defendant Glosser's commitment to view government evidence on June 20, 2006.

This case involves the service of at least nine separate search warrants in two federal judicial districts. The parties stipulate and agree that this matter continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 3,200 pages, at least 8 CDs of photographs, 3 videotapes, hundreds of seized exhibits), complexity of factual and legal issues, and the need for defense counsel to have additional time to conduct the defense investigation and prepare.  New counsel entered the case on behalf of Defendant Glosser, pursuant to this Court's Order on June 5, 2006.

The parties stipulate and agree that time, from May 26, 2006 through and including November 3, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated: June 15, 2006

/s/   William L. Osterhoudt
WILLIAM L. OSTERHOUDT, ESQ.
Attorney for Defendant
DAREN GLOSSER


/s/   Ann C. Moorman
ANN C. MOORMAN, ESQ.
Attorney for Defendant
DAREN GLOSSER

                /s/   Randolph Daar
                RANDOLPH DAAR, ESQ.
                Attorney for Defendant
                SHANNON SELLE

                /s/   Samuel Wong
                SAMUEL WONG, ESQ.
                Assistant U.S. Attorney

## **ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

The Court adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercises of due diligence. The Court specifically finds that the ends of justice serve by the granting of such continuance outweigh the interests of the public and that the time from May 26, 2006 to and including November 3, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

IT IS SO ORDERED.

Dated:  June 19, 2006

                /s/ Garland E. Burrell, Jr.
                GARLAND E. BURRELL, JR.
                United States District Judge