McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>DAREN GLOSSER, et al.,<br>      Defendants. | CRS. No. 05-309 GEB<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' DISCOVERY AND BILL OF PARTICULAR MOTIONS<br><br>Court: Hon. Kimberly J. Mueller<br>Date:  October 3, 2006<br>Time:  2:00 p.m. |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendants Daren Glosser and Shannon Selle, on the other hand, through their respective counsel that:

1. Defendants' motions for discovery and a bill of particulars presently set for October 3, 2006, at 2:00 p.m., shall be continued until October 26, 2006, at 2:00 p.m.

Dated: September 28, 2006    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/  Samuel Wong
                              By: _____
                                  SAMUEL WONG
                                  Assistant U.S. Attorney

```
Dated:  September 28, 2006          /s/ Dolores Osterhoudt
                                    _____
                                    DOLORES OSTERHOUDT
                                    Attorney for defendant
                                    Daren Glosser
                                    (per telephone authorization)



                                    /s/ Randy Daar
Dated:  September 28, 2006          _____
                                    RANDY DAAR
                                    Attorney for defendant
                                    Shannon Selle
                                    (per telephone authorization)
```

_____

ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the court hereby adopts the parties' stipulation in its entirety as the court's order.

Dated: September 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE