1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )  NO. CR. S-05-309 GEB
11                               )
              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
12                               )  MOTIONS HEARING DATE AND
              v.                 )  RESETTING BRIEFING SCHEDULE
13                               )
    DAREN GLOSSER, et al.,       )
14                               )  Court:  Hon. Garland E. Burrell
              Defendants.        )
15                               )
    _____
16

17       IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, Samuel Wong, Assistant United

19  States Attorney, attorney for plaintiff United States of America,

20  on the one hand, and William Osterhoudt, Esq., attorney for

21  defendant Daren Glosser, and Randolph Daar, Esq., attorney for

22  defendant Shannon Selle, on the other hand, that:

23       1.   The presently scheduled non-evidentiary motions hearing

24  date of November 3, 2006, shall be continued to Friday, December

25  22, 2006, at 9:30 a.m.  The Courtroom Clerk has approved of this

26  latter hearing date.

27       2.   The United States shall file its responses to

28  defendants' motions by November 24, 2006.

                                    1

1     3.   Defendants shall file any reply in support of their
2 motions by December 8, 2006.
3     4.   Time within which the trial of this matter must be
4 commenced under the Speedy Trial Act shall continue to be
5 excluded under Local Code E, pertaining to pending motions, until
6 the Court's resolution of defendants' motions.

```
                                 Respectfully submitted,

Dated:  October 24, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                                      /s/   Samuel Wong
                                 By: _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney


                                 /s/ William Osterhoudt
Dated:  October 25, 2006         _____
                                 WILLIAM OSTERHOUDT
                                 Attorney for defendant
                                 Daren Glosser
                                 (per email authorization)


                                 /s/ Randolph Daar
Dated:  October 25, 2006         _____
                                 RANDOLPH DAAR
                                 Attorney for defendant
                                 Shannon Selle
                                 (per email authorization)
```

1
2
<u>ORDER</u>

3   Pursuant to stipulation of the parties, and good cause
4 appearing therefrom, the Court hereby adopts the parties'
5 stipulation in its entirety as the Court's order.
6 Dated:  October 26, 2006

   _____
   GARLAND E. BURRELL, JR.
   United States District Judge