1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,     )  NO. CR. S-05-309 GEB
11                               )
            Plaintiff,           )  STIPULATION AND ORDER CONTINUING
12                               )  MOTIONS HEARING DATE AND
            v.                   )  RESETTING BRIEFING SCHEDULE
13                               )
   DAREN GLOSSER, et al.,        )
14                               )  Court:  Hon. Garland E. Burrell
            Defendants.          )  Date:   December 1, 2006
15                               )
   _____
16

17       Whereas, the motion for discovery previously filed by

18  defendants Daren Glosser and Shannon Selle will cause plaintiff

19  United States of America to produce additional discovery, which

20  process is currently ongoing, and

21       Whereas, the parties desire to continue the presently set

22  December 1, 2006, hearing on defendants' joint motion to unseal

23  portion of various search warrant affidavits and the presently

24  set December 22, 2006, hearing on the remaining defense motions

25  to allow the United States additional time to complete its

26  production of additional discovery and to allow defendants to

27  review the new discovery, and possibly amend and/or supplement

28  their motions after consideration of this additional discovery,

                                    1

It is hereby stipulated by and between the parties hereto, through their respective counsel, that:

1.   The presently scheduled December 1, 2006, hearing date on defendants' motion to unseal portions of various search warrant affidavits shall be continued to December 22, 2006, at 9:00 a.m.  The Courtroom Clerk has approved of this latter hearing date.  The United States shall file its response to defendants' motion to unseal portions of various search warrant affidavits by December 8, 2006.  Defendants shall file their reply memoranda in support of their motion to unseal portions of various search warrant affidavits by December 15, 2006.  In the event that the Court orders the United States to produce additional unredacted portions of various search warrant affidavits, the United States shall produce such unredacted portions by January 12, 2007.

2.   The presently scheduled December 22, 2006, at 9:00 a.m., non-evidentiary hearing on defendants' remaining motions shall be continued to March 23, 2007, at 9:00 a.m.  Defendants shall file any amended or supplemental memoranda in support of their motions by February 2, 2007.  The United States shall file its responses to defendants' remaining motions March 2, 2007.  Defendants shall file their reply memoranda in support of their remaining motions by March 16, 2007.

3.   Time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be

///

///

///

2

excluded under Local Code E, pertaining to pending motions, until the Court's resolution of defendants' motions.

Respectfully submitted,

Dated: November 27, 2006      McGREGOR W. SCOTT
                              United States Attorney

                              By:   /s/ Samuel Wong
                                    _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney


Dated: November 27, 2006      /s/ Ann Moorman
                              _____
                              ANN MOORMAN
                              Attorney for defendant
                              Daren Glosser
                              (per email authorization)


Dated: November 27, 2006      /s/ Randolph Daar
                              _____
                              RANDOLPH DAAR
                              Attorney for defendant
                              Shannon Selle
                              (per email authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: November 30, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge