IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )        2:05-cr-0309-GEB
                       Plaintiff,       )
                                        )
        v.                              )        ORDER
                                        )
DAREN GLOSSER, et al.,                  )
                                        )
                       Defendants.      )
_____)

On November 15, 2006, Defendants filed a Motion to Unseal the Sealed Portions of the Search Warrant Affidavits ("November 15 Motion").  In the November 15 Motion, Defendants incorporated by reference their points and authorities in support of a motion for pretrial discovery, which was filed on September 18, 2006, before the magistrate judge.  The government filed an opposition on December 8, 2006.  In an order dated December 20, 2006, the November 15 Motion was continued for hearing on January 12, 2007.

The government is required to explain, in a filing due no later than 12:00 p.m. on January 4, 2007, its position that the portions of the affidavits provided to Defendants establish probable cause for issuance of the warrants.  (See Gov't Opp'n at 7.)  Further,

1

the government shall respond to Defendants' arguments that they "cannot fully assess the warrant affidavit . . . for suspected omissions or untruths" and that information about "the tracking device warrant . . . is presently unavailable to [them]." (P. & A. in Supp. of Mot. for Pretrial Discovery, Sept. 18, 2006, at 9.)

If Defendants desire to respond in writing to the government's filing, Defendants' response shall be filed no later than 12:00 p.m. on January 8, 2007.

IT IS SO ORDERED.

Dated:  January 3, 2007

GARLAND E. BURRELL, JR.
United States District Judge