1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,   )  NO. CR. S-05-309 GEB
11                             )
             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
12                             )  MOTION HEARING DATE AND RESETTING
        v.                     )  BRIEFING SCHEDULE
13                             )
   DAREN GLOSSER, et al.,      )
14                             )  Court:  Hon. Garland E. Burrell
             Defendants.       )
15                             )
   _____
16

17       Whereas, on January 4, 2007, the Court filed an order
18  requiring the United States to file by January 4, 2007, at 12:00
19  p.m., a memorandum:  (1) explaining its position that the
20  portions of the search warrant affidavits provided to defendants
21  establish probable cause for issuance of the search warrants; and
22  (2) and respond to defendants' arguments that they cannot assess
23  the warrant affidavits for suspected omissions or untruths, and
24  that information about the tracking device warrant is presently
25  unavailable to them.  The Court's order also allowed defendants
26  an opportunity to file a response memorandum by January 8, 2007,
27  at 12:00 p.m.;
28       Whereas, the undersigned prosecutor assigned to handle this

                                   1

case represents that he injured his back and will be taking sick leave for a few days until he is able to return to work, and, therefore, is unable to comply with the Court's January 4, 2007, order at this time; and

Whereas, the respective counsel for the parties desire to continue the January 12, 2007, motion hearing and reset the briefing schedule set by the Court in its January 4, 2007, order to accommodate the prosecutor's absence from work as a result of his back injury, and also provide defendants an opportunity to file response memoranda,

It is hereby stipulated by and between the parties hereto, through their respective counsel, that:

1.  The presently scheduled January 12, 2007, hearing date on defendants' motion to unseal portions of various search warrant affidavits shall be continued to February 9, 2007, at 9:00 a.m.

2.  The United States shall file on or before January 17, 2007, its memorandum:  (1) explaining its position that the portions of the search warrant affidavits provided to defendants establish probable cause for issuance of the search warrants; and (2) and respond to defendants' arguments that they cannot assess the warrant affidavits for suspected omissions or untruths, and that information about the tracking device warrant is presently unavailable to them; and

///

///

///

3. Defendants' response memoranda, if any, to the United States' memorandum shall be due on or before January 26, 2007.

Respectfully submitted,

Dated: January 4, 2007
McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: January 4, 2007
/s/ William Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney for defendant
Daren Glosser
(per telephone authorization)

Dated: January 4, 2007
/s/ Randolph Daar
RANDOLPH DAAR
Attorney for defendant
Shannon Selle
(per telephone authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: January 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge