```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-309 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER ADJUSTING |
| | ) | BRIEFING SCHEDULE |
| v. | ) | |
| | ) | |
| DAREN GLOSSER, et al., | ) | Court:  Hon. Garland E. Burrell |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule for defendants' motion to unseal portions of various search warrant affidavits shall be adjusted as follows:

    1.   The United States shall file on or before January 22, 2007, its memorandum:  (1) explaining its position that the portions of the search warrant affidavits provided to defendants establish probable cause for issuance of the search warrants; and (2) and respond to defendants' arguments that they cannot assess the warrant affidavits for suspected omissions or untruths, and that information about the tracking device warrant is presently unavailable to them; and

2. Defendants' response memoranda, if any, to the United States' memorandum shall be due on or before January 29, 2007.

3. The presently set February 9, 2007, at 9:00 a.m., hearing date on defendants' motion shall remain as set.

This briefing schedule adjustment is made at the request of the United States because after the parties reached their initial stipulation filed on January 4, 2007, setting a briefing schedule, the Ninth Circuit Court of Appeals directed the United States to file an appellate brief by January 19, 2007, in a case handled by the undersigned prosecutor. The prosecutor's work on the appellate brief will interfere with his work on the Glosser brief. The adjustment to the briefing schedule in the instant case is made to allow the prosecutor some time after he files his appellate brief to work on the Glosser brief.

Respectfully submitted,

Dated: January 11, 2007   McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
————————————
SAMUEL WONG
Assistant U.S. Attorney

Dated: January 12, 2007   /s/ Ann Moorman
————————————
ANN MOORMAN
Attorney for defendant
Daren Glosser
(per email authorization)

Dated: January 11, 2007   /s/ Ann-Marie Tomassini
————————————
ANNE-MARIE TOMASSINI
Attorney for defendant
Shannon Selle
(per email authorization)

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: January 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge