McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG (SBN 100512)
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DAREN GLOSSER, et al.,<br><br>                    Defendants.<br>_____ | )  **No. CR S-05-309 GEB**<br>)<br>)<br>)  **STIPULATION REGARDING**<br>)  **DEFENDANT'S GLOSSER AND**<br>)  **SELLE'S REQUEST FOR**<br>)  **DISCOVERY OF REDACTED**<br>)  **PORTIONS OF SEARCH**<br>)  **WARRANTS**<br>)<br>) |


On January 22, 2007, the government filed its supplemental memorandum regarding redacted search warrant affidavits.  The parties hereby stipulate that the procedure set forth in the government's memorandum settles the discovery dispute currently before the Court, and obviates the need for the February 9, 2007, hearing, previously scheduled to address this matter, and the parties request that the Court vacate the February 9, 2007, hearing.

In lieu of further briefing and hearing on this matter, the parties hereby stipulate and agree that discovery of all redacted portions of the search warrant affidavits in this matter will be turned over to the defense, by February 7, 2007, with the exception of:

(1) The locations of the residences of the citizen informants referred to in the search warrant affidavits as "Confidential Informants," "CI" and/or "CW" Nos. 1-4.  This material will remain redacted, and protected from disclosure; and

(2) The details of a discussion between CI#4 and Glosser that would tend to reveal CI#4's identity. With regard to this material, the parties agree that this information will be disclosed to the Court and defense counsel (and not to the defendants, or any one else), subject to the accompanying protective order.

///

///

///

**Stipulation Regarding Defendant's Request For Discovery of Redacted Portions of Search Warrants** (No.CR-S-05-309(GEB))

2

(3)   Defendants shall have until February 23, 2007, to file or amend any motions necessitated by the government's production of additional discovery.  The government's response to defendant's motions shall be due by March 23, 2007.  Defendants' reply memorandum, if any, shall be filed by April 6, 2007.  A non-evidentiary hearing on defendants' motions shall be held on April 20, 2007, at 9:00 a.m.

Dated: February 6, 2007                         Respectfully submitted,


                                                  /s/  William Osterhoudt, Esq.

                                                WILLIAM L. OSTERHOUDT,

                                                Attorney for Defendant Daren Glosser


Dated:  February 6, 2007                         /s/  Randy Daar Esq.

                                                RANDY DAAR, ESQ.,

                                                Attorney for Defendant Shannon Selle


Dated:  February 6, 2007                          /s/ Samuel Wong, Esq.

                                                SAMUEL WONG, ESQ.

                                                Assistant United States Attorney


                                          <u>ORDER</u>


        Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.


Dated:  February 6, 2007

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

**Stipulation Regarding Defendant's Request For Discovery of Redacted Portions of Search Warrants**
(No.CR-S-05-309(GEB))