IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )        2:05-cr-0309-GEB
                    Plaintiff,     )
                                   )
        v.                         )        ORDER
                                   )
DAREN GLOSSER, et al.,             )
                                   )
                    Defendants.    )
_____)

        Although the parties' stipulation filed March 23, 2007, assumes that the judge will be able to figure out where in the court docket Defendants' referenced motions are located, Defendants shall file a document no later than April 2, 2007, in which they state the docket number for each referenced motion.  Further, if a portion of any stated docket entry is irrelevant to a pending motion, Defendants shall specify what portion of the docket entry is irrelevant.[1]

///

///

_____

        [1]     Previously, Defendants referred the judge to a docket entry which included information irrelevant to a pending motion.

1

1          Further, the parties' briefing schedule and motion hearing

2    date in the March 23 Stipulation is adopted.

3          IT IS SO ORDERED.

4    Dated:  March 26, 2007

5

6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28