McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-309 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER ADJUSTING |
| ) | BRIEFING SCHEDULE AND CONTINUING |
| v. ) | MOTIONS HEARING DATE |
| ) | |
| DAREN WALLACE GLOSSER, and ) | Court:  Hon. Garland E. Burrell |
| SHANNON SELLE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Whereas, the parties are engaged in serious settlement negotiations and defense counsel desires additional time to discuss with their respective clients the possibility of preparing a written settlement offer to the United States that might resolve this case without the necessity of a trial and before the United States responds to the defense motions,

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule and hearing date for defendants' pretrial motions shall be adjusted as follows:

1.   The United States shall file its responses to defendants' outstanding pretrial motions on or before May 7, 2007.

1

    2.   Defendants' reply memoranda, if any, in support of their motions shall be due on or before May 25, 2007.

    3.   The presently set May 14, 2007, non-evidentiary hearing on defendants' motions shall be continued to June 8, 2007, at 9:00 a.m.

```
                                   Respectfully submitted,

Dated:  April 16, 2007             McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/   Samuel Wong
                      By:          _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney


                                   /s/ Ann Moorman
Dated:  April 16, 2007             _____
                                   ANN MOORMAN
                                   Attorney for defendant
                                   Daren Glosser
                                   (per email authorization)


                                   /s/ Ann-Marie Tomassini
Dated: April 16, 2007              _____
                                   ANNE-MARIE TOMASSINI
                                   Attorney for defendant
                                   Shannon Selle
                                   (per email authorization)
```

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated:  April 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge