IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-0309-GEB |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| DAREN GLOSSER, et al., ) | |
| ) | |
| Defendants. ) | |

At the hearing held on June 8, 2007, the parties indicated that they would meet and confer in order to schedule an evidentiary hearing regarding Officer Crane's subjective intent related to obtaining a search warrant for 7321 Danberg Way, Elk Grove, California.  However, no party has yet contacted the courtroom deputy about scheduling an evidentiary hearing.  If any party still requests an evidentiary hearing on this issue, that party shall file a document no later than 4:00 p.m. on Friday, June 22, 2007, that states when the hearing is desired to be held and that explains the proposition at issue at said hearing and the legal authority that supports the idea that a hearing on that proposition should be conducted.

Dated:  June 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1