IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-0309-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAREN GLOSSER, et al., ) | |
| ) | |
| Defendants. ) | |

In light of the government's Supplemental Memorandum in Response to Defendants' Motion for Disclosure of Confidential Informants, in which the government "agrees to produce CI-2's identity to defendants so that they can investigate and determine for themselves whether CI-2 has information that would be beneficial to them," Defendants have not shown that their motion for disclosure of the identity of CI-2 creates a present controversy that requires judicial decision. Therefore, the motion is denied.

IT IS SO ORDERED.

Dated: October 9, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1