UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>DAREN GLOSSER, et al.,<br><br>                Defendants. | 2:05-cr-0309-GEB<br><br><u>TRIAL CONFIRMATION ORDER</u> |

       Trial in the above-captioned case is scheduled to commence on February 19, 2008, at 9:00 a.m.  That date was confirmed at the hearing on February 4, 2008.

I.   <u>EVIDENTIARY DISPUTES</u>

       All evidentiary disputes capable of being resolved by in limine motions, shall be set forth in such motions no later than February 8, 2008.[1]  Oppositions to the motions or non-opposition statements shall be filed no later than February 12, 2008.  Any reply to the oppositions shall be filed no later than February 13, 2008. Hearing on the motions will commence at 1:30 p.m. on February 15, 2008.  If the parties have other reasonably anticipated disputes

---

[1] The parties are requested to meet and confer about such disputes before filing a motion to determine if agreement can be reached on any issue.

1

concerning the admissibility of evidence, such disputes should be included in their trial briefs.  L.R. 16-285(a)(3).

## II.   TRIAL PREPARATION

A.   No later than February 12, 2008, the following documents should be filed:

    (1)   proposed jury instructions;
    (2)   proposed voir dire questions to be asked by the Court;
    (3)   trial briefs;[2] and
    (4)   a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

If possible, at the time of filing the proposed jury instructions, proposed voir dire questions, and joint statement, counsel shall also deliver to the court a floppy disk compatible with WordPerfect 5.1, 6.1, 8.0, 9.0 or 10 containing a copy of the sanitized jury instructions, the proposed voir dire questions, and the joint statement.

B.   The government's exhibits shall be numbered and eventually marked with stickers provided by the court, and the government shall file an exhibit list no later than February 14, 2008. Should the defendants elect to introduce exhibits at trial, such

---

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof.  L.R. 16-285(a)(3).  The defense is also encouraged to do this to the extent it opines it should.

exhibits shall be designated by alphabetical letter with stickers provided by the court.  The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

        C.   The parties estimate the trial will take twelve days. Each side is granted twenty minutes for voir dire, which may be used after the judge completes judicial voir dire.  The "struck jury" system will be used to select the jury.[3]  Four alternate jurors will be empaneled.  The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat.  The first 12 jurors on the list will constitute the petit jury unless one or more of those 12 is excused for some reason.  Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

        IT IS SO ORDERED.

Dated:  February 5, 2008

                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[3] As explained in United States v. Blouin, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group . . . [to the amount of jurors] who will serve as the petit jury."  The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group. Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.