WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

ANN C. MOORMAN (SBN 130144)
Law Offices of Ann C. Moorman
308 South School Street
Ukiah, CA 95482
Telephone: (707) 462-1844

Attorneys for Defendant
DAREN GLOSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAREN GLOSSER, et al.,

    Defendants.

No. CR S-05-309-GEB

**[PROPOSED] ORDER TO EXONERATE BAIL**

    Upon the request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that the current bond in this matter is exonerated as to Daren Glosser. The Clerk of the Court is ordered to exonerate the bond posted as security for bail herein.

Dated: April 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

_____
**Order To Exonerate Bail**
[No.CR-S-05-309]