```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>DAREN WALLACE GLOSSER, and    )<br>SHANNON LEA SELLE,            )<br>                              )<br>          Defendants.         )<br>_____) | 2:05-CR-00309-GEB<br><br>PRELIMINARY ORDER OF<br>FORFEITURE AND PUBLICATION<br>THEREOF |

    Based upon the plea agreements entered into between plaintiff United States of America and defendants Daren Glosser and Shannon Selle, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.  Pursuant to 21 U.S.C. § 853(a), defendants Daren Glosser's and Shannon Selle's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)  Real property located at 3447 Springfield Drive, Fairfield, California, Assessor's Parcel Number: 150-122-220;

        b)  Real property located at 3264 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-592-040;

   c) Real property located at 2749 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-571-090;

   d) Real property located at 3418 Moss Valley Drive, Fairfield, California, Assessor's Parcel Number: 156-214-160;

   e) A 1998 Chevrolet Tahoe, California License Number 5KMW996, Vehicle Identification Number: 1GNEK13R4WJ377828, seized on or about July 5, 2005;

   f) Approximately $4,831.00 in United States Currency seized on or about July 7, 2005; and

   g) Approximately $3,300.00 in United States Currency seized on or about August 17, 2005.

  2. The above-listed properties constitute or are derived from proceeds defendants obtained directly or indirectly or were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties. The aforementioned properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

  4. a. Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Republic</u> (Solano County) and in the <u>Napa Register</u> (Napa County), newspapers of general circulation located in the counties in which the above-described properties were seized or are located, notice of this Order, notice of the Attorney General's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any

2

person, other than the defendants, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

   b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

   c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

Dated:  April 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge