McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-309 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING DATE |
| v. | |
| DAREN WALLACE GLOSSER, and SHANNON SELLE, | Court:  Hon. Garland E. Burrell |
| Defendants. | |

_____

   Whereas, the judgment and sentencing date for defendants Daren Glosser and Shannon Selle is presently set for June 13, 2008, at 9:00 a.m.;

   Whereas, the defendant Shannon Selle filed a sentencing memorandum on June 6, 2008; and

   Whereas, the United States desires additional time to respond to Selle's sentencing memorandum before the judgment and sentencing hearing,

   It is hereby stipulated by and between the parties hereto, through their respective counsel, that:

   1.   The presently set June 13, 2008, judgment and sentencing hearing shall be continued to June 27, 2008, at 9:00

1

a.m.; and

2. The United States shall file its response to Selle's sentencing memorandum on or before June 23, 2008.

Respectfully submitted,

Dated: June 17, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: June 17, 2008

/s/ William Osterhoudt
WILLIAM OSTERHOUDT
Attorney for defendant
Daren Glosser
(per email authorization)

Dated: June 17, 2008

/s/ Ann-Marie Tomassini
ANNE-MARIE TOMASSINI
Attorney for defendant
Shannon Selle
(per email authorization)

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: June 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2