McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-00309-GEB |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | RE PERSONAL PROPERTY |
| v. ) | |
| ) | |
| DAREN WALLACE GLOSSER, and ) | |
| SHANNON LEA SELLE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, on or about April 25, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Daren Glosser and Shannon Selle forfeiting to the United States the following property:

        a) Real property located at 3447 Springfield Drive, Fairfield, California, Assessor's Parcel Number: 150-122-220;

        b) Real property located at 3264 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-592-040;

        c) Real property located at 2749 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-571-090;

        d) Real property located at 3418 Moss Valley Drive,

1

|  |  |  |
|---|---|---|
|  |  | Fairfield, California, Assessor's Parcel Number: 156-214-160; |
|  | e) | A 1998 Chevrolet Tahoe, California License Number 5KMW996, Vehicle Identification Number: 1GNEK13R4WJ377828, seized on or about July 5, 2005; |
|  | f) | Approximately $4,831.00 in United States Currency seized on or about July 7, 2005; and |
|  | g) | Approximately $3,300.00 in United States Currency seized on or about August 17, 2005. |

AND WHEREAS, on May 15, 22, and 29, 2008, the United States published notification of the Court's Order of Forfeiture in the Daily Republic (Solano County) and in the Napa Register (Napa County), newspapers of general circulation located in the counties in which the above-described properties were seized or are located. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-described properties:

      a.   Wachovia Mortgage, FSB ("Wachovia")

      b.   Quality Loan Service Corporation

      c.   Indymac Bank

AND WHEREAS, Wachovia filed a Petition for Ancillary Hearing on May 30, 2008, regarding their interest in real properties (a)-(c) listed above. The United States intends to enter into a Stipulation with Wachovia allowing foreclosure sales of the three real properties. By separate application, the United States shall seek a final order of forfeiture as to these real properties if net

1 proceeds are realized through the foreclosure sales.

2  AND WHEREAS, the United States has been informed by Quality
3 Loan Service Corporation that a Trustee's Foreclosure sale was held
4 on July 7, 2008, for the real property located at 3418 Moss Valley
5 Drive, Fairfield, California, despite the Notice of Preliminary
6 Order of Forfeiture the United States sent it on April 30, 2008.  No
7 bids were submitted and the real property was turned over to lien
8 holder EMC Mortgage Corporation.

9  AND WHEREAS, the Court has been advised that no other third
10 party has filed a claim to the subject properties, and the time for
11 any person or entity to file a claim has expired.

12  Accordingly, it is hereby ORDERED and ADJUDGED:

13  1.  A Final Order of Forfeiture shall be entered forfeiting to
14 the United States of America all right, title, and interest in the
15 following properties pursuant to 21 U.S.C. § 853(a), to be disposed
16 of according to law, including all right, title, and interest of
17 Daren Glosser and Shannon Selle:

18 a) A 1998 Chevrolet Tahoe, California License Number
     5KMW996, Vehicle Identification Number:
19   1GNEK13R4WJ377828, seized on or about July 5, 2005;

20 b) Approximately $4,831.00 in United States Currency
     seized on or about July 7, 2005; and
21

22 c) Approximately $3,300.00 in United States Currency
     seized on or about August 17, 2005.

23 2. All right, title, and interest in the above-described
24 properties shall vest solely in the name of the United States of
25 America.

26 3. The U.S. Marshals Service shall maintain custody of and
27 ///
28 ///

3

1 control over the subject properties until they are disposed of
2 according to law.
3 Dated: August 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

4