BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-00309-GEB |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | RE REAL PROPERTIES |
| v. ) | |
| ) | |
| DAREN WALLACE GLOSSER, and ) | |
| SHANNON LEA SELLE, ) | |
| ) | |
| Defendants. ) | |

WHEREAS, on or about April 25, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Daren Wallace Glosser and Shannon Lea Selle forfeiting to the United States the following property[1]:

        a)    Real property located at 3447 Springfield Drive, Fairfield, California, Assessor's Parcel Number: 150-122-220;

        b)    Real property located at 3264 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-592-040;

---

[1] A Final Order of Forfeiture regarding assets (e)-(g) was entered on August 11, 2008.

|   |   |   |
|---|---|---|
| 1 2 | c) | Real property located at 2749 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-571-090; |
| 3 4 | d) | Real property located at 3418 Moss Valley Drive, Fairfield, California, Assessor's Parcel Number: 156-214-160; |
| 5 6 | e) | A 1998 Chevrolet Tahoe, California License Number 5KMW996, Vehicle Identification Number: 1GNEK13R4WJ377828, seized on or about July 5, 2005; |
| 7 8 | f) | Approximately $4,831.00 in United States Currency seized on or about July 7, 2005; and |
| 9 | g) | Approximately $3,300.00 in United States Currency seized on or about August 17, 2005. |

AND WHEREAS, on May 15, 22, and 29, 2008, the United States published notification of the Court's Order of Forfeiture in the Daily Republic (Solano County) and in the Napa Register (Napa County), newspapers of general circulation located in the counties in which the above-described properties were seized or are located. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-described properties:

    a.   Wachovia Mortgage, FSB ("Wachovia")

    b.   Quality Loan Service Corporation

    c.   Indymac Bank

AND WHEREAS, Wachovia filed a Petition for Ancillary Hearing on May 30, 2008, regarding their interest in real properties (a)-(c) listed above. The United States and Wachovia entered into a Stipulation and Settlement Agreement filed on August 8, 2008, that

allowed Wachovia to conduct foreclosure sales of the three real properties.  There were no net proceeds realized from the foreclosure sales of these three properties.  Additionally, there were no net sale proceeds realized from the foreclosure sale of the real property located at 3418 Moss Valley Drive, Fairfield, California.

AND WHEREAS, on June 27, 2008, once the defendants had been sentenced, the United States requested that the tenants living at real properties (a)-(c) listed above, send their rental payments to the Clerk of the Court until they had either vacated the properties or until the properties were sold.

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject properties, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following properties pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Daren Wallace Glosser and Shannon Lea Selle:

> a) Approximately $3,600.00 in rental payments in lieu of the real property located at 3447 Springfield Drive, Fairfield, California, Assessor's Parcel Number: 150-122-220;
>
> b) Approximately $12,800.00 in rental payments in lieu of the real property located at 3264 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-592-040; and
>
> c) Approximately $4,600.00 in rental payments in lieu of the real property located at 2749 Wailea Circle, Fairfield, California, Assessor's Parcel Number: 151-571-090.

1      2.  All right, title, and interest in the above-described
2 properties shall vest solely in the name of the United States of
3 America.
4      3.  The funds listed above in paragraphs 1.(a)-(c) shall be
5 seized and held by the U.S. Marshals Service, in its secure custody
6 and control.  The Clerk of the Court shall disburse the funds listed
7 above in paragraphs 1.(a)-(c), plus any interest that has accrued on
8 those amounts, to the U.S. Marshals Service.  The Clerk of the Court
9 shall waive all service fees on the funds listed above in paragraphs
10 1.(a)-(c).  The U.S. Marshals Service shall maintain custody of and
11 control over the subject properties until they are disposed of
12 according to law.
13 Dated:  October 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge