HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
DAREN WALLACE GLOSSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:05-cr-309 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING |
| vs. | ) Date: October 18, 2016 |
| DAREN WALLACE GLOSSER, | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Daren Wallace Glosser that the detention hearing scheduled for October 18, 2016 be vacated and continued to October 27, 2016 at 2:00 p.m.

The reason for the continuance is because the probation officer requires additional time to arrange residence housing for Mr. Glosser in Redding.

DATED: October 17, 2016           Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Sean Riordan*
                                  SEAN RIORDAN
                                  Assistant Federal Defender
                                  Attorney for DAREN WALLACE GLOSSER

1  DATED: October 17, 2016                PHILLIP A. TALBERT
                                          Acting United States Attorney
2

3                                         */s/ Samuel Wong*
                                          SAMUEL WONG
4                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue       -2-
Detention Hearing

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**It is further ordered** that the October 18, 2016 detention hearing shall be continued until October 27, 2016, at 2:00 p.m.

Dated:  October 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE